**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00960-REB-KLM

LISA VOLK,

     Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY, d/b/a LINCOLN FINANCIAL
GROUP,

     Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter is before me on the **Stipulation of Dismissal With Prejudice** [#20]

filed November 9, 2010.  After reviewing the stipulation and the file, I conclude that the

stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal With Prejudice** [#20] filed November 9,

2010, is **APPROVED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

     Dated November 9, 2010, at Denver, Colorado.

     **BY THE COURT:**

     Robert E. Blackburn
     United States District Judge